**Carolyn E. O'CONNOR, Plaintiff—Appellant,**

v.

**William G. YOUNG, Individually and in his capacity as chief judge; Morris E. Lasker, as individual and in their capacity as federal employees/judges; Conrad K. Cyr, as individual and in their capacity as federal employees/judges; Sandra L. Lynch, as individual and in their capacity as federal employees/judges; Kermit V. Lipez, as individual and in their capacity as federal employees/judges; Commonwealth of Massachusetts; Edward M. Kennedy, Senator; John Kerry, Senator, Defendants—Appellees.**

No. 06–1800.

United States Court of Appeals, Fourth Circuit.

Submitted: Nov. 21, 2006.

Decided: Nov. 28, 2006.

Carolyn E. O'Connor, Appellant Pro Se.

Before TRAXLER and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Carolyn E. O'Connor appeals the district court's order dismissing her civil action against several federal judges, the Commonwealth of Massachusetts, and its Senators, for lack of jurisdiction. We have reviewed the record and find no reversible error. Accordingly, we deny O'Connor's motion for leave to proceed in forma pauperis and dismiss the appeal for the reasons stated by the district court. *See O'Connor v. Young*, No. 3:06–cv–00331–JRS (E.D. Va. June 22, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*